WILLIAM LOEVENICH, as Administrator, etc., of RICHARD BERNS, Deceased, Respondent, v. HENRY BACHMANN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

DOLLIE SULLIVAN MACGREGOR, Appellant, v. M. S. HUNTINGTON WATTS, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

FRANCIS MOORE, Respondent, v. MADELINE H. LANG and JOHN HEGNEY, Appellants.— Motion to dismiss appeal denied. (Norton & Siegel, Inc., v. Nolan, 276 N. Y. 392.) Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

JAMES MORSE, an Infant under the Age of Fourteen Years, by HERMAN MORSE, His Guardian ad Litem, and HERMAN MORSE, Respondents, v. BUFFALO TANK CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 712.] Motion for stay dismissed as unnecessary. Present — Lazansky, P. J , Hagarty, Carswell, Davis and Johnston, JJ.

FRANK H. MOSER, Appellant, v. PAUL H. TERRY and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

KATHLEEN KILEY MURPHY, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Answer may be served within five days from the entry of the order hereon. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

138 19TH STREET, JACKSON HEIGHTS, INC., Appellant, v. THE QUEENSBORO CORPORATION and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

ORANGE COUNTY THEATRES, INC., Appellant, v. THE CITY OF NEWBURGH, JAMES D. TWEED, as Mayor, and WYGANT D. FOWLER and Others, as Councilmen Composing the Council of the City of Newburgh, and FRED G. BROWN, as Chief of Police of Said City, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

RUTH PASSANTINO, Appellant, Respondent, v. CHARLES V. PASSANTINO, Respondent, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

LEON PURETZ, Respondent, v. MURRAY M. BROWN, Appellant.— Motion for stay dismissed. Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

ANTHONY RAZMINAS and Another, Appellants, v. JOHN HUEBNER, JR., Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.